STATE of Missouri, Respondent,

v.

David J. BRADLEY, Appellant.

No. WD 40440.

Missouri Court of Appeals,
Western District.

April 25, 1989.

Motion for Rehearing and/or
Transfer to Supreme Court Denied
May 30, 1989.

K. Louis Caskey, Kansas City, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and
MANFORD and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

Direct appeal from a jury conviction for murder, first degree, in violation of § 565.020, RSMo 1986 and armed criminal action, in violation of § 571.015, RSMo 1986.

Judgment affirmed. Rule 30.25(b).